UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bruce D. Kasden,

       Plaintiff,                                                Civil 05-1448 (RHK/RLE)

vs.                                                                      **ORDER**

Jerome DeRungs, an individual,
Star Gazette Publishing Co., Inc.,

       Defendants.

---

      Defendant's Motion to Dismiss (Doc. No. 13) is referred to Chief Magistrate Judge Raymond L. Erickson for a recommended disposition. The February 10, 2006 hearing before the undersigned is **CANCELED** and Judge Erickson will advise the parties if he desires oral argument.  The briefing schedule for the Motion to Dismiss is not affected by this Order and will be completed as though the hearing date remained as February 10, 2006.

Dated: December 27, 2005

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge