UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bruce D. Kasden, | Civil No. 05-1448 (RHK/RLE) |
| Plaintiff, | |
| vs. | **ORDER** |
| Jerome DeRungs, an individual, and<br>Star Gazette Publishing Co., Inc., | |
| Defendants. | |

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

1. The Report and Recommendation (Doc. No. 28) is **ADOPTED**;

2. Defendants' Motion to Dismiss (Doc. No. 13) is **GRANTED**; and

3. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated: June 13, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge